# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Dorothy Martin**
       Plaintiff(s)

vs.                               **CASE NUMBER: 6:22-cv-245 (DEP)**

**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, as follows: 1) Plaintiff's motion for judgment on the pleadings is GRANTED. 2) The Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is VACATED. 3) The matter is hereby REMANDED to the Commissioner, without a directed finding of disability, for further proceedings consistent with this determination.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 13th day of June, 2023.

DATED: June 13, 2023

*John Domurad*
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk