United States District Court
Northern District of New York

| | | |
|---|---|---|
| DOROTHY MARTIN, | ) | Case 6:22-cv-00245-DEP |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Peter W. Antonowicz, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $5,732.05, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  July 17, 2023

Respectfully Submitted,

| | |
|---|---|
| KILOLO KIJAKAZI | DOROTHY MARTIN, |
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman, | Peter W. Antonowicz |
| United States Attorney | |
| */s/ Shannon Fishel* | */s/* [1] *Peter W. Antonowicz* |
| Shannon Fishel | Peter W. Antonowicz, Esq. |
| Special Assistant United States Attorney | Attorney for Plaintiff |
| Office of Program Litigation, Office 2 | 148 W. Dominick Street |
| Office of the General Counsel | Rome, NY 13440 |
| Social Security Administration | (315) 337-4008 |

6401 Security Boulevard
Baltimore, MD 21235
(404) 562-1076
Shannon.Fishel@ssa.gov

---

[1] Signed by Ms. Fishel with Mr. Antonowicz's permission.

SO ORDERED:

Dated: July 19, 2023
       Syracuse, NY

David E. Peebles
U.S. Magistrate Judge