## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Dorothy Martin**
        Plaintiff(s)

vs.                         **CASE NUMBER: 6:22-cv-245 (DEP)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER AND STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT.

All of the above pursuant to the order of the Honorable **David E. Peebles**, dated July 19, 2023.

DATED: July 19, 2023

_[signature]_
Clerk of Court

s/Kathy Rogers
Deputy Clerk